SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY, A CORPORATION, AND W. S. HENLEY, *Appellants,* v. STATE OF FLORIDA *ex rel.* RAILROAD COMMISSION, *Appellees.*

Opinion filed June 6, 1919.

An Appeal from the Circuit Court for Duval County; Daniel A. Simmons, Judge.

*Fred T. Myers* and *Wm. A. Blount,* for Appellants;

*Dozier A. DeVane,* for Appellee.

PER CURIAM.—It is ordered and adjudged by the Court that the order and decree of the Circuit Court for Duval County in this cause be reversed upon the authority of the decision of the Supreme Court of the United States rendered June 2, 1919, in the case of Dakota Central Telephone Company et al. v. State of South Dakota ex rel. Byron S. Payne, Attorney General, et al.

All concur.